Wyoming County Court entered January 15, 1962 on original papers, type-written briefs, and Irving D. Brott, Jr., Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion to prosecute appeal as a poor person denied. Memorandum: The principal questions sought to be raised are questions which were fully reviewed upon the direct appeal. The other questions sought to be raised cannot properly be raised in post-conviction proceedings. (*People ex rel. Hirschberg* v. *Close*, 1 N Y 2d 258.)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER HUJAR. (No counsel.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM D. KEYES. (Thomas G. Rickert, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE R. KRZYWOSZ. (No counsel.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY VILLA. (Mario J. Rossetti, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS J. HIGGINS v. WALTER H. WILKINS, as Warden of Attica Prison. (Anthony L. Sapienza, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM R. LISS. (John H. Stenger, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JACKSON. (Alan H. Vogt, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE McNAIR. (No counsel.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD JOHN SIMARI. (Anthony I. Renaldo, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS E. BRONSON. (No counsel.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES LA PLACA. (No counsel.) — [In each action] Motion granted to prosecute appeal on original papers, type-written briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER ROMANO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Motion granted and time for argument of appeal enlarged to include term commencing September 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. TARPLEY, Appellant.— Motion to prosecute as a poor person, and for other relief, denied. Memorandum: Upon a direct appeal the judgment of conviction was affirmed by this court. (7 A D 2d 829.) All of the questions presented in this *coram nobis* proceeding were therein passed upon. (Cf. *People ex rel. Baumgart* v. *Martin*, 9 N Y 2d 351.)

■ ALAN GALLINGER, Appellant, v. STATE OF NEW YORK, Respondent. (And Two Other Actions.) — Motion granted to extent appeal may be prosecuted on one typewritten record on appeal and five typewritten appellants' briefs, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN JONES, Appellant.— Appeal from order of Onondaga County Court entered March 17, 1961 dismissed upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD THOMAS, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE MILLS, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT A. CIFFA, Appellant.— Application granted to appeal on judgment roll, typewritten briefs, and John J. Mahon, Esq., assigned as attorney to conduct appeal; appeal dismissed unless appellant's brief is filed and served on or before August 9, 1962.